# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARK WOOLARD,<br><br>            Plaintiff,<br><br>vs.<br><br>HARRAH'S LAUGHLIN, LLC, *et al.*,<br><br>            Defendants. | 2:14-cv-01408-RFB-CWH<br><br>**ORDER** |

Before the court is the Notice of Settlement. (#37).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for April 29, 2015 is VACATED.

DATED this 20th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE