PATRICK H. HICKS, ESQ., Bar # 004632
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: rsilverstein@littler.com

Attorneys for Defendants
HARRAH'S LAUGHLIN, LLC; CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC, DAVE ENSRUD; CANDI BASSO; and TOM ALLRED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK WOOLARD,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S LAUGHLIN, LLC; CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC, DAVE ENSRUD as an individual and employee, agent; CANDI BASSO, as an individual and employee, agent; TOM ALLRED, as an individual and employee, agent; DOES 1-100, ROES CORP/LLCS 1-100, et al.,<br><br>Defendants. | Case No. 2:14-cv-1408-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, MARK WOOLARD ("Plaintiff") and Defendants, HARRAH'S LAUGHLIN, LLC, CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC, DAVE ENSRUD, CANDI BASSO, and TOM ALLRED (hereinafter jointly "Defendants"), by and through their respective counsel, do hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: October 30th, 2015

ROBERT P. BETTINGER, ESQ.

By: [signature]
ROBERT P. BETTINGER, ESQ.

Attorneys for Plaintiff
MARK WOOLARD

Dated: ~~October~~ November 2, 2015

LITTLER MENDELSON

By: [signature]
PATRICK H. HICKS, ESQ.
RACHEL SILVERSTEIN, ESQ.

Attorneys for Defendants
HARRAH'S LAUGHLIN, LLC; CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC, DAVE ENSRUD, CANDI BASSO and TOM ALLRED

**IT IS SO ORDERED:**

[signature]
RICHARD F. BOULWARE, II
United States District Judge

DATED thi 9th day of November, 2015.

Firmwide:136700261.1 083558.1115



LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169 5937
702 862 8800